IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

TRAE JAVAR COMPTON,  :
    Petitioner,  :  1:18-cv-0220
      :
v.  :  Hon. John E. Jones III
      :
DAVID J. EBBERT,  :
    Respondent.  :

## **ORDER**

**September 3, 2019**

NOW THEREFORE, upon consideration of the petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 (Doc.1), and for the reasons set forth in the Court's Memorandum of the same date, it is hereby ORDERED that:

1. The petition for writ of habeas corpus is DENIED.

2. The Clerk of Court is directed to CLOSE this case.

                                         s/ John E. Jones III
                                         John E. Jones III
                                         United States District Judge